■ In the Matter of MALCOLM AUSTIN, Appellant, v BENJAMIN WARD, as Correctional Department Commissioner, et al., Respondents.—In a proceeding pursuant to CPLR article 78 by an inmate of the Green Haven Correctional Facility, *inter alia,* to review respondents' denial of his request for a furlough under the temporary release program, petitioner appeals

---

* The action antedated *Basso v Miller* (40 NY2d 233).

from a judgment of the Supreme Court, Dutchess County, dated May 13, 1976, which dismissed the petition. Appeal dismissed as academic, without costs· or disbursements. The appellant was released on parole on February 16, 1977. Hopkins, Acting P. J., Latham, Damiani and Hawkins, JJ., concur.